

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIDEL TAFOYA,**<br>Petitioner,<br>**v.**<br>**DAVID HOLBROOK, Warden,**<br>Respondent. | Case No. 1:22-cv-932-AWI-BAK<br>**ORDER** |

The Court having received the unopposed motion of Respondent to unseal pages 31-35 of Volume 1A of the Reporter's Transcript containing a portion of the transcript from an ex parte hearing conducted on September 12, 2019, in accordance with *People v. Marsden*, 2 Cal.3d 118 (1970), and the Court finding that it is appropriate to unseal this portion of the record, the Court hereby **ORDERS:**

1. Respondent's Motion to Unseal Portion of State Court *Marsden* Transcript be **GRANTED** and the pages of the record set forth in the motion be unsealed.

///

///

2. Respondent SHALL FILE a RESPONSE to the petition within **THIRTY (30) DAYS** of the date of service of this order.

IT IS SO ORDERED.

Dated: **September 26, 2022**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE